**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

James C. Downs                          Thomas Overton Wells
District Attorney - 9th JDC             Attorney at Law
921 9th St.                             1254 Dorchester Drive
Alexandria LA 71301-7614                Alexandria LA 71315

> Judgment on rehearing rendered and
> mailed to all parties or counsel of
> record on July 31, 2019

**REHEARING ACTION: July 31, 2019**

**Docket Number: 18   01004-CA**

**PHILLIP TERRELL, IN HIS CAPACITY**
**AS DISTRICT ATTORNEY OF**
**RAPIDES PARISH, ET AL.**
**VERSUS**
**TOWN OF LECOMPTE, ET AL.**

**Appealed from Rapides Parish Case No. 257,839**

<u>**BEFORE JUDGES**</u>:

    **Hon. Sylvia R. Cooks**
    **Hon. John E. Conery**
    **Hon. Van H. Kyzar**

As counsel of record in the captioned case, you are hereby notified that the ruling on the

application for rehearing filed by **Otis Payne** and **Edward Christie** is:

    **DENIED.  Application for Rehearing untimely filed.**

cc: Malcolm Xerxes Larvadain, Counsel for the Appellant
    Tiffany N. Sanders, Counsel for the Appellant